UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROGER SHEKAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| RUBEN CASTILLO, GINO AGNELLO, | ) | Formerly Case No. 19 L 201, |
| JASON WOJDYLO, [DEPUTY | ) | Circuit Court of Kane County, Illinois |
| MARSHAL] DAMMONS, COLLINS | ) | |
| FITZPATRICK, and THOMAS BRUTON, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To:   Thomas M. Hartwell                        Roger Shekar
      Clerk of the Circuit Court of Kane County   950 Plum Grove
      540 Randall Road                             P.O.Box 681085
      St. Charles, Illinois 60174                  Schaumburg, Illinois 60168-4085

The United States, by its attorney, John R. Lausch, Jr., United States Attorney for the

Northern District of Illinois, submits this notice of removal of the above-captioned civil action

from the Circuit Court of Kane County, Illinois, to the United States District Court, Northern

District of Illinois, pursuant to § 2679 of the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§

1346(b), 2671-2680, and in support thereof states the following:

　　　　1.　　　　On April 19, 2019, plaintiff commenced the above civil action against United States

District Judge Rubén Castillo, Seventh Circuit Court of Appeals Clerk Gino Agnello, Acting Chief

Deputy U.S. Marshal Jason Wojdylo, Deputy U.S. Marshal Christopher Dammons, Circuit

Executive Collins Fitzpatrick, and United States District Court Clerk Thomas Bruton in the Circuit

Court of Kane County, Illinois, alleging a variety of tort claims, including defamation, tortious

interference, intentional infliction of emotional distress, among other claims. Copies of all process,

pleadings and orders served upon the defendant are attached pursuant to 28 U.S.C. § 1446(a) as Exhibit A.

2.      This notice of removal is filed in accordance with 28 U.S.C. § 2679(d)(2) upon certification by the designee of the Attorney General of the United States that the individually named defendants were acting within the scope of their federal employment at the time of the incidents alleged in the complaint. Exhibit B.

3.      This notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

4.      Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 2679, this civil action is deemed an action against the United States as to the tort claims, and the United States is substituted as the sole federal party defendant in place of the named defendants for purposes of those claims.

WHEREFORE, this action now pending in the Circuit Court of Kane County, Illinois, is properly removed to this court pursuant to 28 U.S.C. § 2679(d), and the United States is substituted as the defendant in lieu of Rubén Castillo, Gino Agnello, Jason Wojdylo, Christopher Dammons, Collins Fitzpatrick, and Thomas Bruton for any common law tort claims.

Respectfully submitted,

JOHN R.LAUSCH, Jr.
United States Attorney

By: s/ Thomas P. Walsh
        THOMAS P. WALSH
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5312
        thomas.walsh2@usdoj.gov

2

# Exhibit A

## IN THE SIXTEENTH JUDICIAL CIRCUIT COURT OF ILLINOIS
## KANE COUNTY

| | |
|---|---|
| Roger Shekar , | Case No: 19 L 2 o 1 |
| Plaintiff, | |
| v. | **PERSONAL INJURY, DEFAMATION** |
| | **Pursuant to 720 ILCS 5/32–13 ; 740 ILCS 145** |
| | **12 Person Jury Demand** |
| Ruben Castillo, as an individual, | Damages Claimed: **1000 Million dollars** |
| Gino Agnello, as an individual, | Punitive Damages: **2000 Million Dollars** |
| Jason Wojdylo, as an individual, | |
| "Doe" Dammons, as an individual, | |
| "John Doe", U,.S.Marshal's office, | *Thomas M. Hartwell* |
| Collins Fitzpatrick, | Clerk of the Circuit Court |
| Thomas Bruton, as an individual, | Kane County, Illinois |
| Defendants. | 4/19/2019 9:11 PM |
| | FILED/IMAGED |

### VERIFIED COMPLAINT AT LAW

Now comes the Plaintiff Roger Shekar, (" Plaintiff") by his attorneys, suing the defendants

Ruben Castillo, Gino Agnello, Jason Wojdylo, Collins Fitzpatrick, "Doe" Dammons, "John

Doe" a black thug from U.S Marshal's office who threatened the Plaintiff on January 3, 2019 ;

Thomas Bruton, hereinafter collectively as " Castillo crooks", seeking compensatory ,

consequential, punitive damages for intentional tort acts committed by the defendants on *sixty*

counts defamation -Slander and Libel; *fourteen* counts of defamation *perse* ; fraud on

judiciary; treason on the Illinois and United States Constitution; ; Violation of Illinois Criminal

Code statute 720 ILCS 5/32–13 to cause civil damages of defamation of the Plaintiff;

Intentional Tort Acts to defame the Plaintiff by publication of untruthful statements which

are bald faced lies in a public domain; frivolous, harassment, detrimental orders in the name of

"executive committee order" to violate the Plaintiff's constitutional rights; to defame the

**NOTICE**
**BY ORDER OF THE COURT THIS CASE IS HEREBY SET FOR**
**CASE MANAGEMENT CONFERENCE ON THE DATE BELOW.**
**FAILURE TO APPEAR MAY RESULT IN THE CASE BEING**
**DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.**
**Judge: Murphy, James R**
**7/9/2019 9:00 AM**

Plaintiff; Extortion, both civil and criminal, ; violation of Illinois Civil Rights Act; malicious persecution; Violations of Illinois Constitution Sections 1, 2, 4 through 13; Fabrication, Forgery to manufacture an unconstitutional Executive committee order for the sole purpose to humiliate, defame and place plaintiff in a false light in the community in criminal violations of 720 ILCS 5/32–13 ; Intentional infliction of emotional distress ; Intentional infliction of mental anguish; Punitive damages . The defendant Collins Fitzpatrick is a qualified defendant as Circuit Executive of Seventh circuit ,who is a coward crook, a bone less jelly fish and chicken , an opportunist who is the supervisor of defendant , felon Agnello.

## I. **RELIEF SOUGHT**

Plaintiff seeks a Judgment for compensatory , consequential damages for FIVE HUNDRED Million Dollars against the individual Defendants and punitive damages of ONE THOUSAND Million Dollars cumulatively against all the individual defendants to be decided by a 12 person Jury .

## II. **JURISDICTION and VENUE**

1. This Court has jurisdiction over this action , as the Castillo crooks are sued pursuant to Illinois State statues and the claims and the resultant damages from the intentional tort acts of Castillo , happened in Illinois, in Seventh Circuit ,which this court is part of it .

2. Defendants reside in Seventh circuit where this county is part of it.

3. This law suit is filed pursuant to Super -Stare Decisis of the United States Supreme Court where no immunity-absolute or qualified , none exist for the Castillo crooks unconscionable , sadist, perverted and evil tort acts, including *criminal acts*.

2

4.  This case cannot be field in any other forum due to severe conflict of interest and hostile Cook county forum and Plaintiff would not be able to get a fair hearing , fair Trial and impartial, unbiased Jury.

5.  Plaintiff has also filed an Application to Chief Justice to United States Supreme court to and Senate Judiciary committee to impeach and remove Castillo and terminate Clerk Angello for felony high crimes and misdemeanor. See Exhibit A .

### III.  BACKGROUND FACTS

Plaintiff,    Roger Shekar is an American   and is a resident of Illinois for over 25 years. Mr. Shekar, a family man, lives with his wife of 25 years and two children, a son and daughter. Mr. Shekar is a well-educated, professional engineer, a *summa cum laude* graduate in Electrical & Electronics engineering with high honors; an M.B.A and also has a degree in Law, LL.B -  a Bachelor of Law degree, from a British School.  Mr. Shekar is an entrepreneur . Mr. Shekar is also a relative to  the sitting D.C .Circuit Court of Appeals Judge Sri Srinivasan , to inform this  court of the DNA or "gene" and character this Plaintiff hails  from, unlike the defendants   Hon. Srinivasan was on the top five contenders for the Supreme Court   to fill Scalia  vacancy during  Obama Administration.

https://www.usatoday.com/story/news/2013/05/23/sri-srinivasan-judge-supreme-court-circuit-dc-obama-bush/2351543/

This law suit  is filed  pursuant to Super -Stare Decisis of the United States Supreme Court in cases such as *Forrester v White*  where  a judge could be sued for abuses , civil rights violations, *criminal acts resulting in civil damages;*  The Supreme Court  of United States  ruled  that  judges may be sued for civil rights violations and   be ordered to pay the lawyers' fees of those who sue them successfully. *The  doctrine of absolute judicial immunity* is

3

not a defense for judicial and the *administrative abuses* by the defendant crook in "Black robe" named Ruben Castillo and are subject to sanctions, law suits and criminal prosecution. Besides Federal Judge District Gottschall recently ordered another crook , a cook county judiciary employee Timothy Evans to stand trial and "stripped" his absolute immunity defense for abuses committed in the veil of "Administrate duties" just like the crook and thug defendant Ruben Castillo. Another cook county judge Jessica Arong O'Brien a/k/a Jessica Vasquez Arong recently sentenced to two years in Prison on December by a Federal Judge Durkin for criminal acts committed while she was still a judge .

| 12/21/2018 | 325 | JUDGMENT (Sentencing Order) as to Jessica Arong O'Brien (1), Count(s) 1-2, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Twelve (12) months and One (1) day as to count 1; Twelve (12) months and One (1) day as to count 2, terms to run concurrent.The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons: before 12:00 p.m. on 03/18/2019. Upon release from imprisonment, you shall be on supervised release for a term of: Two (2) years on Count 1 and Two (2) years on Count 2, terms to run concurrent. Criminal Monetary Penalties. Schedule of Payments. (Terminated defendant Jessica Arong O'Brien). Signed by the Honorable Thomas M. Durkin on 12/21/2018. Mailed certified copy to defendant Jessica Arong O'Brien's counsel of record Steven Allen Greenberg. (jjr, ) (Entered: 12/26/2018) |
|---|---|---|

This court should also be familiar with the *"Operation Silver Shovel dubbed Greylord Investigation"* where in late 1980s many criminal crooks who were sitting in bench as judges, *undeserved and unqualified* even to *touch the black robe* of justice like defendant Ruben Castillo, were *rounded-up* by FBI and indicted, prosecuted and found guilty by a Federal Jury and imprisoned for decades.

Pursuant to United Supreme Court Rule 29(3) and Rule 22, this Plaintiff served and noticed certain Impeachment Petition documents filed in U.S. Supreme court and

4

noticed a respondent judge in Seventh circuit Easterbrook on November 27, 2018 . An *ignorant , imbecile low level prose clerk* at the seventh circuit with no *real name*, repeatedly returned the copies served on the respondent with comments that the "documents need to be filed in Supreme court". This obviously demented , ignorant , kindergarten 'dropout' who has no name and goes by "prose clerk 2" , made a *foolish comment* just by looking at the caption and decided it is to be filed in U.S Supreme court without *even caring to read , it* is a "Notice of filing in Supreme court served to respondent who sits in seventh circuit with his name clearly spelled out namely "Easterbrook" , and served in accordance with United Supreme Court Rule 29(3) and Rule 22" as it clearly says in the Notice. Frustrated with dealing with an idiotic ignorant clerk , plaintiff sent the Supreme court filings for the third time spending $ 30 each time to FEDEX with a note :

*"To Prose Clerk 2 with no name and no brain! The filings you returned shows your ignorance and incompetence that you are unfit for the job, but very lucky to have a bench warming govt job at tax payers expenses. may be related to Agnello to sneak into the government job with no skills , no talents required. We are not naïve and ignorant like you. The U.S Supreme court filings are noticed to respondents as required under Supreme court Rule 29(3) and 22, which we are sure you have no clue what it is, and you cannot google this as you need to know English and should have an IQ of at least " 10 " . Read the last page of this filing and it is noticed to respondents as required under Supreme court rule. You returned the entire filing just because you saw Supreme court in the caption?? you wasted $30 of us taking the trouble to send by overnight FEDEX .* cc: Gino Agnello" .

In retaliation for this note as stated above, the Hispanic thug and criminal crook defendant Agnello , who works in Seventh Circuit colluded, criminally conspired with

another Hispanic thug , a felon, a jerk and crook- defendant Ruben Castillo to *fabricate, manufacture* a trash called "Executive Committee order" ( "ECO") . The "trash" a/k/a Executive committee order essentially fabricated , with this poisonous ,venomous scorpion Castillo venom spit and sprayed all over the ECO, *to paint the plaintiff as a criminal* . This "blood thirsty angry violent hound" a/k/a Ruben Castillo hostility, animus, judicial abuses and his class 3 Felony criminal acts will be evident to Jury who would be produced this ECO as one the evidences to prove beyond *pre-ponderance* of doubt that this Castillo is a criminal crook in black robe. This criminal conduct the felon Castillo is an extreme of insanity and questionable mental health.

The ECO is egregious and criminal enough to lock up this thug Castillo behind bars pursuant to 720 ILCS 5/32–13 and have him arrested for probable cause of crime committed immediately. The felon Castillo also made blatant bald-faced, utterly transparent lies in the ECO , that " *Mr. Shekar made questionable and inappropriate comments toward United States Marshals Service-protected persons*" . Plaintiff commenting on the incompetence of a low level "prose clerk 2", who works in a tax payer paid public office and questioning or complaining to a supervisor as to this ignorant, imbecile prose clerk 2 unfitness to work , is so "dangerous" , this mentally sick perverted psychopath and felon Castillo entered an ECO that plaintiff had to be escorted in out of court with "armed U.S marshal" whenever he appears in cases. .Wow!! , what a crazy crook this felon Castillo should be will be evident to a normally thinking sane Jury panel.

These are two Hispanic crooks and thugs -Agnello and Castillo who have family connections with drugs , narcotic drug lords and hard core criminal crooks like El Chapo Guzman even though these two thugs somehow made it to Federal Judiciary. If FBI re-do

6

background check on the judicial thug Castillo and the criminal felon and crook Agnello going back to their adolescent years ,they might find some connections on these two felons and crooks to El Chapo Guzman a/k/a Joaquín Archivaldo Guzmán a drug lord waiting to serve time in Federal prison. It is a well-known fact Guzman is the former leader of the Sinaloa Cartel, an international crime syndicate. It should be noted the thug Agnello *does not even work at District court but works at Seventh circuit.* So the evidence of criminal collusion with a District court person, viz. crook Castillo by this Seventh circuit employee felon Agnello should be very clear.

It is also well-known fact in legal community that the dangerous crook-defendant Castillo is an evil, vicious , venomous jurist who abuse litigants he doesn't like for whatever inherent bias, prejudice, his law clerks and staff included , who all have specific , targeted bias and prejudice towards certain race and indulge in profiling . This thug Castillo who used to be an unscrupulous attorney , somehow managed to get on to the Bench by pull, push and "butt kissing" politicians to get nominated to Federal bench. Below is one of the many internet blogs and postings as to this crook and thugs Castillo:

https://www.google.com/search?ei=NrOnXL3_DJLGsAWHnZHQAw&q=+district+judge+ruben+castillo+arrogant++bastard&oq=+district+judge+ruben+castillo+arrogant++bastard&gs_l=psy-ab.12...8296.32947..34518...0.0..0.252.4831.12j25j3......0....1..gws-wiz.......0j0i8i30j0i13j0i8i7i30j0i8i13i30j33i299j33i160j33i10i299j33i10i160.beYC2CISODA

" I had one matter w/ *Castillo*, and found him to be a *jerk*. I would like to see all self-important, *arrogant* men and women removed from the bench ..." an Attorney who practices regularly in Seventh Circuit for over 30 years and was a member the Seventh Circuit Executive Board.

The fabricated , ECO is a Class 3 Felony crime committed by the two thugs Castillo and Agnello which qualifies these two thugs locked up in prison for 10 years. . The Illinois criminal statute 720 ILCS 5/12-6 (from Ch. 38, par. 12-6) Reads as follows:

Sec. 12-6. **Intimidation and Threats**:

(a) A person commits intimidation when, with intent to cause another to perform or to omit the performance of any act, he or she communicates to another, directly or indirectly by any means, a threat to perform without lawful authority any of the following acts:

(1) Inflict physical harm on the person threatened or any other person or on property; or

(2) Subject any person to physical confinement or restraint; or

(3) Commit a felony or Class A misdemeanor; or

(4) Accuse any person of an offense; or

(5) Expose any person to hatred, contempt or ridicule; or

(6) Take action as a public official against anyone or anything, or withhold official action, or cause such action or withholding; or

(7) Bring about or continue a strike, boycott or other collective action.

(b) **Sentence**

Intimidation is a Class 3 felony for which an offender may be sentenced to a term of imprisonment of not less than 2 years and not more than 10 years.

(Source: P.A. 96-1551, eff. 7-1-11.)

Illinois criminal statutes stipulate a *mandatory prison time of 2 years* and up to ten years for criminal extortion, intimidation.

The "Executive Committee order" a/k/a piece of "Castillo trash", is an evidence of the Felony crimes committed by defendant -thug Ruben Castillo and his crime

8

partners Gino Agnello and Thomas Bruton. The said criminal acts has caused civil damages to the Plaintiff which is narrated and pleaded in every count of this law suit , with every element of causes of claims pleaded thoroughly. The ECO authored by this felon and crook of the first order, named The Thug Ruben Castillo has practically *sentenced* this plaintiff to be a criminal for no crime committed and the garbage known as Executive Committee order is an equivalent of " cruel and unusual punishment" for no crinme committed. In fact , if any one committed a crime it is this felon and thug named Ruben Castillo who committed Class 3 Felony pursuant to 720 ILCS 5/32–13 which will be proved beyond reasonable doubt to convict this thug Castillo and "promote" him to be a Felon and imprisoned .

Plaintiff and his family are concerned of their safety of their lives from the contents of the ECO manufactured by this criminal crook Castillo in collusion and criminal conspiracy with the fellow Hispanic felon Agnello, who *does not even work at the District court but clerk of the Seventh Circuit court of Appeals*. Plaintiff has also filed a Petition for Impeachment of felon Castillo with United States Supreme court. The ECO fabricated and manufactured by the felon and duschebag Castillo in collusion with the despicable creature venomous scorpion and felon Agnello will be produced to court under seal and for Jury to see.

Petitioner is very seriously concerned this crook Castillo with felonious tendencies and homicidal characteristics is capable of endangering the life of the Plaintiff Mr. Shekar , including *murder*, using the armed U.S marshal thugs Dammons and Wojdylo to *murder* this plaintiff . The venomous blood spit and sprayed on the ECO by this felon Castillo will show this court this crook does not belong in Federal judiciary but in a high security prison in Colorado as cell mate for the "Governor" Blagojevich or the convicted felon "judge" Jessica O'Brien . This thug Castillo thinks he is some sort of a "*damn king*" and living in his

9

"delusional monarchy" with his toilet seat as " throne" . America is a Judicial Democratic System , is built on Democracy and Rule of law. This thug and jerk Castillo <u>are not above the law</u>. U.S Supreme court call these thugs and crooks Agnello and Castillo and the Castillos' defendants as " creatures" :

" *No man ( or woman in this case named Gino Agnello) ) is so high that he/she is above the law. All the officers of the government from the highest to the lowest, are **creatures of the law** and are bound to **obey it.** No officer of the law may set that law at defiance with impunity. **United States v. Lee** , 10 U.S 196, 220,1 S.Ct 240,27 L.Ed.171 (1882)*" .

Plaintiff will go one step further to call this duschebag Castillo and Agnello as scum-bags and not just creatures.

**United States Supreme Court Justice Louis Brandeis in his opinion wrote:**

> "*Decency, security and liberty alike demand that government officials shall be subjected to the rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Our government is the potent, omnipresent teacher. For good or for ill, it teaches the whole people by its example.* " Crime is contagious. If the Government becomes a law breaker, it breeds contempt for law; it invites every man to become a law unto himself ; it invites anarchy " ( and judicial tyranny) 277 U.S 438 Olmstead v. United States . Decided: June 4,1928 19 F.( 2d) 842,848,850

> *Forrester v. White* 484 U.S. 219, (1988) Scum-bag Castillo not qualified for any immunity, absolute, qualified, whatever-as Castillo is a coward felon hiding inside the veil

of a *black robe* who committed Class 3 Felony crimes pursuant to Illinois criminal statute 720 ILCS 5/12-6

The Fourteenth Amendment to the United States Constitution is to deter crooks like Castillo alike for using their *badge of their authority* to *violate a person's constitutional rights* and to provide compensation and other relief to victims of constitutional deprivations. *Cary V Piphus* 434 U.S 247,253 ( 1978) Many such Supreme court authorities , over 300 citations from U.S Supreme court will be briefed in case any attempt to dismiss the case in the so called "immunity" . "Castillo Crooks" will have no immunity on this action.

" *Society demands more of judges than of other persons because of their elevated position in which they are expected to be fair and honest* " .

Federal Judge – Northern District Honorable Thomas Durkin while sentencing a cook county judge to 6 years in Federal prison.

Castillo record of abuses will run for pages if someone wants to dig into this *piece of scum-bag* Castillo career . Just as few examples , as to show how *unreasonable and unjust* this judicial thug is , on this ECO entered in 2012- #12 C1698 , by a retired crook and another scorpion Holderman ( who was succeeded by this much more evil scorpion and venomous snake named Ruben Castillo) in collusion with a sitting Judge , manufactured an Administrative order shutting the doors to Courthouse . Plaintiff filed subsequent filings with this felon Castillo in 2018 , after almost seven years to vacate that 2012 ECO However this judicial thug Castillo for no cause, for no reason denied vacating the *seven* year old bogus Executive committee order .

11

## HISTORY BEHIND THE EXECUTIVE COMMITTEE ORDER "ECO" 12 C 1698

The unconstitutional ECO was orchestrated, conspired and fabricated by the former Chief Crook Holderman as a product of collusion with another district judge Dow, a Bush appointee. Executive committee order , ( "ECO") which is not a public document , nor available in Pacer .

The Executive committee order of 2012 came about was a product of collusion, conspiracy masterminded between the former, retired Chief crook James Holderman and a sitting Judge Dow. Plaintiff filed a Petition in 2012 with Chief Justice John Roberts Jr., of the United States Supreme Court for a Referral for an Act of Congress for impeachment and removal of Judge Dow for colluding with Holderman to effectively deny access to courts to Plaintiff to redress grievances, a First Amendment right to petition courts and seek relief. The said Petition for impeachment also addressed unlawful dismissal of a 42 U.S.C Section 1983 Civil Rights case *with prejudice* by Judge Dow, for failure to pay the filling fee. This is not a secret as the filings made in Supreme court is a public document as it was attached as part of an Exhibit to a Motion to Recuse Judge Dow , in a 42 U.S Section 1983 Civil rights case filed by this Plaintiff entity CEGA (which was before Judge Dow).

The Exhibit attached to the Motion to Recuse in 2012 also make references to *now convicted Federal Felon, child molester and pedophile* Dennis Hastert who is serving time in Federal Prison and who was a Congressman/Speaker at a time when he recommended then attorney Robert Dow to the Bench. Besides these , there are Exhibits to Motion to recuse , including Exhibit J , *transcripts of Senate confirmation hearing* when the then attorney Mr. Dow was questioned as to *his discrimination of a handicapped golf player* who brought a *discrimination law suit for disallowing him from using the Golf cart* .

12

Excerpts of Senate hearing - Exhibit J of Motion to Recuse Judge Dow in this Plaintiff Civil rights case:

"**Senator Durbin:** *Mr. Dow, In the year 2000, you helped to write a brief in a high-profile Supreme Court case involving the question of whether it was a reasonable accommodation under the Americans With Disabilities Act to permit a disabled golfer to use a golf cart instead of having to walk. You took the position on behalf of your client, the U.S. Golf Association, that Casey Martin, **the disabled golfer, should not have a right to this accommodation.** In your argument, **you took a narrow view of the Americans With Disabilities Act. You lost that case by a vote of 7 to 2 ( in United States Supreme court)** Only the two most conservative justices, Scalia and Thomas, accepted your reading of the ADA. The seven-person majority, which included Chief Justice Rehnquist, wrote: ``It would be inconsistent with the literal text of the statute as well as its expansive purpose to read Title III's coverage...any less broadly." I'd like to ask you if it is your general view that Federal Civil rights statutes should be ready narrowly or expansively. Circuit case that Casey Martin was the plaintiff in. ?"*

Upon seeing the Supreme court filing for Impeachment in 2012 , and the transcripts of Senate hearing attached as Exhibit J in a Motion to Recuse Judge Dow in the 2012 case , Judge Dow and retired chief crook "Judge" Holderman, *ventured into a tarnishing campaign, colluded, conspired and fabricated a vicious , slanderous and libelous story* which became the so called Executive Committee Order, the order which besides being unconstitutional , *disabled* electronic filing to protect the abuses by judge Dow against this Plaintiff in the 2012 Civil rights case.

Additionally, out of the nine cases *viciously* cited with *mean spirited venomous* attitude shown in the executive committee order by Holderman , *five are re-filing within one*

13

*year* after taking *voluntarily dismissal without prejudice* by the Plaintiff . The ECO viciously drafted to make it look like *independent cases just to unjustly multiply as many cases*, as part of the *tarnishing campaign* by the former chief crook Holderman.

Additionally , plaintiff never had *any aliases* though the executive committee order in order to *dirty up* and *defame* the plaintiff , made it look like several aliases were used in the cases, whereas the sur name on the cases never changed ; the first or middle name used in certain cases due to the way the underlying contract was written which became subject of the litigation.

Besides CEGA , an entity is *not an alias* of the plaintiff as viciously , maliciously *libeled and altered* in the executive committee order "CEGA/a/k/a Shekar" !!

Both former Chief Crook Holderman an Judge Dow knew CEGA is an entity which stands for Citizens for Ethical Government and Accountability (for which Mr. Shekar is the Founder-Chairman ) an activist, democratic organization created for advancement of Civil Rights and to prosecute Police and Law enforcement abuses against Minority Americans. CEGA sued ex-Governor Quinn and one of his agencies which was before Judge Dow in the 2012 case.

This court is also informed, since 2008 there were no cases filed in this District court. So this court could easily make out the *malice* behind the fabricated executive committee order in 2012. If the committee thought plaintiff cases were frivolous , no one stopped the committee from entering the executive committee order 2008 . This will prove that the sudden executive committee order came out of nowhere *after four years* in 2012 is a *retaliation and vendetta against this plaintiff for his filings in United States Supreme court against Judge Dow in 2012 in relation to Plaintiff 's 42 U.S.C section 1983 civil rights case.* There is a place

14

reserved in hell for these crooks   Holderman  and the felon Castillo a mega jerk and mega crook who succeeded the chief crook Holderman .

All the above abuses of the unconstitutional executive committee order are addressed  by this Plaintiff in a  Petition for Impeachment  of thug Castillo -Exhibit A , currently pending in United States Supreme court and Senate Judiciary committee for a hearing to impeach Castillo for felony high crimes and misdemeanor.   Plaintiff has been notified by the Senate there will be a closed door hearing on the Plaintiff Petition for Impeachment of the  felon Castillo and termination of the felon Agnello. Plaintiff has also lodged a complaint with FBI Director and the Inspector General of Justice Department who are copied the Petition for Impeachment (and this law suit will also be copied) , as the thug Castillo , a descent of El Chap Guzman , is considered "armed and dangerous"  to the lives and safety of the plaintiff and his family.

The crazy, mentally sick crook Castillo  with challengeable , questionable mental health and judicial character  and compelling evidence of these mental disabilities is evidenced in the ECO ,  will be produced in a Jury Trial  . This judicial thug abuse  is a compelling case that the Senate Oversight Committee on Judiciary  expected to   "kick Castillo out"  of Federal Judiciary  or any Judicial Branch in the country and that felon  Castillo  be escorted  out of the Federal buildings with *armed U.S Military*, preferably in hand cuffs and shackles just like  his " buddy" El Chapo Guzman.  In the past two decades , eleven  District Judges with similar  nasty  violent temper, mental health issues , unscrupulous  judicial character, lack of Judicial integrity , corruption and bribery , disrespect to prose litigants , case-fixing , manipulation to defraud justice , outrageous abuses of authority were impeached and removed  by the Senate Judiciary Committee which sets a *strong precedence*.

15

Castillo is an *endangerment* and threat to the lives of law abiding Americans including this Plaintiff , and thug Castillo could *destroy many lives of Americans* living in Seventh circuit before his *evil life long tenure* ends and goes to hell . To save American lives , especially living in Seventh circuit, Castillo should not only be removed from Judiciary , but also must be disbarred . Castillo is capable of *murder* using thugs like defendants Dammons and Wojdylo. Since no mental and psychiatric evaluation is done while selecting candidates for judicial appointments, this duschebag Castillo gotten away and got lucky, else this sick demented jerk and out of control psychopath would have been rushed to a nearest asylum or a mental hospital. FBI do not conduct back ground check whether this violent , ill- mannered , judicial terrorist scum-bag Castillo teenage years has a rap sheet , whether he was arrested for drugs, rape, murder and/or any in his " family" as to such crimes this thug Castillo acted as an accomplice, or he still has *clout and connections* with drug lords like El Chapa Guzman. This plaintiff will show in a Jury Trial , this scorpion and venomous crook Castillo has no judicial scruples, judicial integrity , Judicial honesty and work ethics.

Plaintiff also have hired private investigators to find out the recently arrested Michelle Castillo a woman accused of being an accomplice in a homicide near Glenwood Springs is related to this thug Ruben Castillo. " *Michelle Castillo, the Glenwood Springs woman who aided her boyfriend after he allegedly shot his wife to death last year in her home, pleaded guilty to three felonies Friday and was sentenced to 16 years in prison*" February 2019 , Aspen Times.

Plaintiff will prove every element of every causes of claim in this law suit beyond *preponderance of doubt* before a JURY .

16

## COUNT I x 60 DEFAMATION - LIBEL and SLANDER

## DEFAMATION 740 ILCS 145 Libel and Slander Act

## AND DEFAMATION PERSE

## AGAINST ALL THE INDIVIDUAL DEFENDANTS

6. In the trash a/k/a Executive Committee order , besides all the already existed abusive rhetoric of Holderman since 2012, this piece of duschebag named thug Castillo added his own abuses , venom and amended the order on January 15, 2019 .

7. In doing so this felon Castillo **committed crimes pursuant to 720 ILCS 5/32–13 as narrated with highlights in the Back ground facts, page 7 . Specifically the following crimes:**

(1) Inflict physical harm on the person threatened any person or on property; or

(2) Subject any person to physical confinement or restraint; or

(3) Commit a felony or Class A misdemeanor; or

(4) Accuse any person of an offense; or

(5) Expose any person to hatred, contempt or ridicule; or

The thug and felon Castillo and "Castillo Crooks" as referred to for all the defendants committed above crimes.

8. Plaintiff discovered that the " Castillo crooks" defendants have been making and publishing false, defamatory statements intended with malicious persecution .

9. This vicious , dirty , unethical acts by the "Castillo crooks" defendants are deliberately intended to commit intentional tort acts and to humiliate, defame and slander the Plaintiff .

10. The defamatory conduct of filing false, perjurious , bogus Executive Committee order with no cause was deliberately intended to defame the Plaintiff as a criminal.

17

11. The intentional tort acts and unconscionable, sadist acts of the "Castillo crooks" defendants who tortuously interfered with Plaintiff prosecution of his cases will be proved beyond preponderance of doubt in a Trial before Jury.

12. Plaintiff cases were sabotaged by the defendants' defamatory statements made in public domain.

13. At the time the thugs made those false, slanderous statements in the Executive committee order, the criminal crook and felon Castillo knew they are materially false, made-up and fabricated and will be proved as not only false, but bald-faced and utterly transparent lies.

14. A comment or criticism made to a "prose clerk 2" is not a crime and the "prose clerk 2" is not an "U.S. Marshall protected Judicial person" as manipulated in the ECO.

15. The malicious, vicious, ,unconscionable tort acts of "Castillo crooks" are committed by the to impugn that plaintiff Mr. Shekar lacks moral character and is intended to harm plaintiff in his profession; to project him in false light in the public as a criminal, and such intentional tort acts carried out willfully to harm the Plaintiff, his livelihood, to cause him emotional distress ; to humiliate harass and intimidate and defame the plaintiff ; to cause harm to Plaintiff and his family.

16. To state a defamation claim, a plaintiff must present facts showing that the defendants made "a false statement about the plaintiff, that the defendants made an unprivileged publication of that statement to a third party, and that this publication caused damages." *Green v. Rogers,* 234 Ill. 2d 478, 491 (2009) (citing *Krasinski v. United Parcel Service, Inc.*, 124 Ill. 2d 483, 490 (1988)). Thus, these are essentially three elements to a defamation claim: (1) falsity, (2) unprivileged publication, and (3) damages.

17. A plaintiff need not plead or prove actual damages in a defamation claim *per se.*

18

18. The defamatory statements are deemed actionable *per se* because they are so obviously and materially harmful to the plaintiff that injury to the plaintiff reputation may be presumed. *Van Horne*, 185 Ill. 2d at 307. "*A plaintiff need not plead or prove actual damages to his or his reputation to recover for a statement that is actionable per se.*" Id. (citing *Bryson v. News America Publications, Inc.*, 174 Ill. 2d 77, 87 (1996)).

19. Damages *may not constitutionally* be *presumed absent* a showing of actual malice or reckless disregard for the truth (*Gertz v. Robert Welch, Inc.,* 418 U.S. 323 (1974) .

20. At the time the Castillo crook and defendants indulged in such intentional tort acts as described in above paragraphs , the defendants knew they were false, deliberate ,vicious, malicious and sadist acts intended solely to harm the plaintiff with reckless disregard for their falsity.

21. Damages are not required to be proved on defamation *perse* pleading. *See HPI Healthcare Services ,Inc. v. Mt.Vernon Hospital , Inc.,* 131 I'll. 2d 145 , 154-55( 1989)

22. As a direct and proximate result of the defendants' actions as narrated in the foregoing paragraphs , Plaintiff has suffered damages , continue to suffer damages including but not limited to damages caused to his reputation, business , in professional and industrial circle.

WHEREFORE, Plaintiff seek damages in excess of 250 million dollars be entered in his favor and cumulatively against each defendants , plus attorney fees and costs and punitive damages to be decided by a Jury .

## COUNT II

## TORTOUS INTERFERENCE WITH PLAINTIFF PROSECUTION OF CASES IN DISTRICT COURT -FELONS RUBEN CASTILLO, GINO AGNELLO AND THOMAS BRUTON

23. Plaintiff adopts and incorporates paragraphs 1- 22 of this complaint as fully set forth herein

24. Since January 2019 the crooks and felons Castillo, Agnello and Bruton have been blocking the filings made by the Plaintiff in a District case 18 -cv-3019 where Plaintiff is suing his mortgage company Ocwen Laon Servicing and other defendants for Fraud, Breach of Contract et . , seeking 5 million dollars in damages and 20 Million dollars in punitive damages.

25. The defendant Ocwen is a notorious white collar criminal crooks who have been sued over 300 times in Illinois , sued by every States Attorney General in the country , sued by Florida Attorney General and Consumer Financial protection Bureau *again* recently and hit with multi-million dollar judgments .

26. As recent as just in three months from January through March 2019 the following are the judgments and orders entered against defendants Ocwen Loan servicing in cases identical to Mr. Shekar who is the plaintiff ion case 18- cv-3019 .

Below are some of the very recent cases in the Northern District of Illinois where Ocwen sued for identical criminal fraud, mortgage abuses like in this Plaintiffs instant case in 18-cv-3019 pending in Federal court:

- Jury awards $3.5M to woman who claimed loan servicer Ocwen mishandled mortgage - *Monette Saccameno v. Ocwen* before Judge Gottschall, Illinois Northern district

20

- Summary Judgement Granted for Plaintiff - Donna M. Gritters v. OCWEN LOAN SERVICING, LLC; , Before Judge Alonso, Illinois Northern district
- Summary Judgement granted for Plaintiff, Consumer Fraud and Deceptive business Practices ; *Sarika V. Ocwen Loan Servicing ,LLC* Before Judge Finerman , Illinois Northern district

27. The case against Ocwen by this Plaintiff was originally filed in State court but removed by the defendants to District court as a tactic, knowing the District court is a hostile forum for this plaintiff.

28. Since then Plaintiff has been filing documents as prose, which "Castillo crooks" deliberately *delayed by weeks from filing and waited till detrimental orders entered against the Plaintiff* to prejudice the plaintiff's cause and case , For instant the felon defendant Thomas Bruton instructed his staff to delay the filings and let the plaintiff's filings deliberately withheld until the deadline for such filings *expired and time barred.*

29. Beginning January 2019, the defendant thug and felon Ruben Castillo along with felon Bruton *completely blocked all flings* in Plaintiff case 18-cv-3019 against his mortgage company.

30. Plaintiff believes this crook and thug Castillo, Bruton and Agnello took bribes from the defendant mortgage company to "fix the case" for them by blocking Plaintiff's filings .

31. Additionally the felon Castillo and Bruton blocked a new Civil rights case filed in April 2, 2019 under 42.U.S C Section 1983 from being docketed in order to "fix the case" for the defendants which included Cook county.

32. It is believed certain defendants in that case "pumped bribes" to this felon " King of Scum-bag" named Castillo to "fix the case".

21

33. Plaintiff causes of action in that new Civil Rights law suit have been *irreparably damaged* as the claims are time barred after April 2, 2019.

34. Plaintiff seeks the entire damages sought in that new Civil Rights case as a declaratory judgement in this count, besides seeking compensatory and consequential damages caused by the "Castillo crooks" obstruction of justice in the pending District case 18-cv-3019.

WHEREFORE, Plaintiff seek damages in excess of 250 million dollars be entered in his favor and against the defendants, plus attorney fees and costs and punitive damages to be decided in a Jury Trial.

## COUNT III COLLUSION,CONSPIRACY , OBSTRUCTION OF JUSTICE COWARD FELONS/DEFENDANTS RUBEN CASTILLO, GINO AGNELLO, THOMAS BRUTON

35. Plaintiff adopts and incorporates paragraphs 1- 34 of this complaint as fully set forth herein.

36. On January 15, 2019 as stated earlier, the defendant thug Castillo in collusion with felons Agnello and Bruton *masterminded a criminal conspiracy to fabricate , manufacture an amended Executive committee order* to *completely shut the door for plaintiff* to courthouse to seek remedies ; committed criminal obstruction of justice by making it impossible to prosecute the plaintiff's claims against the defendant Ocwen in case 18-cv-3019.

37. Besides, "Castillo crooks" committed crimes of treason on the constitution of both Illinois Constitution Section 1,2,4-13 and United States Constitution in violation of First , Fourth and Fourteenth amendment Rights .

38. The felon and thug Agnello do not even work at the District court neither his fellow Hispanic felon Castillo has any *damn business poke his* "mug shot" scum-bag face in

22

Seventh circuit business as to any communication Plaintiff had with a "prose clerk 2" in Seventh circuit as narrated in opening paragraphs .

39. After *fabricating a lie* as to an E mail communication had with felon Agnello by this Plaintiff reporting an imbecile "prose clerk 2" with no name , ( born to thousand fathers!) the thug Castillo manipulated in his ECO to defend his crimes of Class 3 felony that Plaintiff communication to a "U.S marshal protected Judicial person" .

40. But the coward crook Castillo *covered it up* as to his *real criminal intent* in drafting garbage ECO, by withholding the "Notice of Filing" communication -which is nothing but a Notice of filling in United States Supreme court served on the respondent in Seventh Circuit, as to which this crook and piece of scum-bag and felon Castillo *has no jurisdiction.* It is a filing where U.S Supreme court is the only Court who has exclusive jurisdiction on the Impeachment Petition , *irrespective* of what the content says.

41. However felon Castillo lied in his ECO as to an 'inappropriate filing" in Seventh circuit. So even playing devil's advocate this felon crook Castillo has no damn business to poke his nose with Seventh Circuit anyway. That is Chief Judge Diane Wood jurisdiction and authority and this crook Castillo stopped on Chief Judge Wood's toes.

42. Even the contents of the Petition for Impeachment are " confidential" as they are part of confidential proceedings to take place before Senate committee on Judiciary in closed doors proceedings .

43. The thug and felon Agnello , another piece of scum-bag miscalculated this Plaintiff intelligence that this crook Agnello covert dirty operation of colluding and conspiring with crook Castillo will not come to lime light . Thug Agnello from Seventh circuit sneaked in

cunningly to felon Castillo in District court and both conspired, masterminded to draft a trash ECO criminalizing this plaintiff.

44. These two felons Castillo and Agnello *illegally gained access to those Supreme court Impeachment petition filings* which was served and noticed to a respondent "Easterbrook" in Seventh circuit. Essentially these tow felons "bootlegged" or "stole" the respondent copy of the impeachment petition served on Easterbrook , but the coward felon Castillo "withheld" that information in his ECO how even *got his hands on the respondent copy of the impeachment* petitions served and noticed as required under Supreme court Rule 22 and 29 (3 ).

45. Thereafter *stealing the copy* , the felon Castillo lied in his ECO that ( the respondent Easterbrook copy of the impeachment petition ) was a Seventh circuit filing to build on his criminal agenda to draft a garbage ECO. Nothing filed with the clerk of the Seventh circuit nether this felon Castillo can prove anything this Plaintiff filed with the Clerk of the seventh circuit as to impeachment petition of Easterbrook. Neither this felon Castillo can show any word of his trash ECO has any truth or fact to it. Irrespectively , it is not this thug Castillo damn business any way as he is not a Circuit Judge , or Chief Judge of Seventh circuit and he has no jurisdiction over Supreme court where the Petition for Impeachment was filed.

46. Even Seventh circuit has no jurisdiction over the Plaintiff's filings in U.S Supreme court. The respondent/ defendant has to file whatever he wanted in U.S Supreme court.

47. So this felon, crook and duschebag bag Castillo besides no damn business to write a garbage called ECO based on a filings made in U,S Supreme court which was noticed to the respondent in Seventh Circuit , committed felony theft of a court filling made in U.S.

24

Supreme court. So this crook has no jurisdiction to write any trash called "Executive Committee order" . As such that "trash" called Executive Committee order has no effect or force as it is entered with no jurisdiction for this scum-bag Castillo,.

48. Even assuming the contents as alleged " *inappropriate*" in ECO, that is for the U.S Supreme court and Senate Judiciary committee to interpret and not this crook Castillo as he has no damn jurisdiction.

49. Plaintiff in his Petition for impeachment of felon Castillo has also asked the Supreme court and Senate Oversight committee on Judiciary to find Castillo in *direct criminal contemp*t of the U.S Supreme court for this crook Castillo *usurping the Supreme court jurisdiction* as evidenced in his trash ECO, and Plaintiff has sought criminal sanctions against felon Castillo including prison time.

50. In fact , in the Petition filed in U. S Supreme court in its "PREMEBLE" clearly warns and put on notice as shown below , as Plaintiff foresaw there may be some venomous scorpion crooks like Castillo Agnello, Bruton may abuse , harass , threaten this plaintiff for exercising his constitutional rights of seeking Impeachment of ruthless judicial tyrants , judicial terrorist and judicial dictators like the felon Castillo.

**PREAMBLE TO THE IMPEACHMENT PETITION FILED IN U.S SUPREME COURT AGAINST SEVENTH CIRCUIT RESPONDENT EASTERBROOK ET AL.**

" This Application, Petition and the contents of this Petition is filed in this United States Supreme Court and hence this United States Supreme court is the only authority who has mandate on this application and jurisdiction. Any filings in any court, including this United States Supreme court against a lower court are filed as a *matter of right* and under the *absolute immunity and Constitutional protection* from *retaliation , persecution, harassment and*

25

*threats of this applicant by the defendants* , since such Petitioner rights to have access to courts to redress grievances are *fundamental constitutional rights* guaranteed under the United States Constitution on pleadings filed in a Court of Law and are *immune from retaliation* by abusing the authority by the defendants."

51. Due to the amended ECO fabricated from a *criminal conversion* of Supreme court filing, and referencing "*tacitly*" and "*cunningly*" the Respondent copy of the Impeachment petition as if it was filed in Seventh Circuit , plaintiff has sought Federal criminal investigation on the criminal crooks and thugs Castillo and Agnello , with Inspector General of U.S Dept of Justice and FBI Director, besides Senate Oversight Committee on Judiciary.

52. Additionally , Plaintiff has filed a supplement to the Impeachment petition of Castillo with U.S Supreme court and Senate Judiciary Committee to subpoena the E mail communications amongst Castillo , Agnello, Bruton and Easterbrook from November 27, 2018 through current and on going and continuing to the full discovery through Trial of this case.

53. Plaintiff himself intend to subpoena those E mails and server log, phone calls log in connection with this case as part of discovery.

54. Any "alleged language" in the impeachment petition for which this crook Castillo , has no access in the first place , was embroidery on a request through a Petition in U.S Supreme court to refer the unscrupulous, ruthless judicial tyrants, judicial terrorists who commit tyranny donning a black robe and treason on the United States Constitution , to be impeached and removed by the Senate Judiciary Committee and is a constitutional and nonviolent process and is Plaintiff constitutional right.

55. So, in essence the coward eunuch and faggot Agnello sneaked through the back door of felon Castillo , by passing his boss Chief Judge Diane Wood and "butt-kissed" his fellow Hispanic felon Castillo in District court to fabricate an order , and drafted in a way plaintiff will be treated like a criminal if he appears in his civil cases, with armed U.S Marshall thug escorting in and out of court!!!.

56. The garbage ECO has no force or effect as the thug Castillo has no jurisdiction to enter such an (outrageous, egregious ) ECO , as to filings made in U.S Supreme court, neither this crook Castillo has any damn right to block plaintiff filings in his pending case 18-cv-3019. " *Any orders entered **without jurisdiction are nullity and void and has no effect. The aggrieved party who is a victim of such judicial overreach and judicial abuse** can seek **damages** in a court as there is no immunity protection*". *Cary V Piphus , 434 U.S 247,253 ( 1978)* " ***Judicial Immunity is lost*** *when a Judge had no jurisdiction and/or lack jurisdiction" .See zeller v. Rankin ,101, S.Ct 2020, 451 U.S 939., 69 L.Ed 2d 326"* .

57. As stated before , this piece of scum-bag Castillo is in delusion he is a " king" and this plaintiff is a *slave or peasant* like used to be in an *outdated uncivilized monarchial* period . This felon Castillo is not "king" of anything , he is not even a human being , but an *evil despicable scum-bag* with his "throne" as his toilet seat. President Trump is right, America should "kick the asses" of these Hispanic thugs Castillo and Agnello out of United States, as he says these are criminals.

58. Plaintiff is not going to be *intimidated or shaken in his boots* because this coward eunuch thug Castillo hiding under a coward veil of a black robe *threatened to kill* this plaintiff by abusing and mis-using his authority ; by the thug Castillo's abusive , libelous, slanderous defamatory trash called "Executive Committee order" for which plaintiff give his foot.

27

59. Plaintiff will burn this crook Castillo " ass" and "Castillo crooks" , commonly referred as

defendants in a Jury Trial in this case and hold him accountable for his abuses and felony

high crimes of Class 3 Felony , criminal obstruction of justice of blocking Plaintiff's filings

in his case, and this "Castillo crooks" brought to justice.

## COUNT IV x 14

### AGGRAVATED STALKING HARASSMENT,THREATS, DEFAMATION *PERSE*
### VIOLATIONS UNDER 720 ILCS 5/12-7.4
### AGGRAVTED STALKING 740 ILCS 21/5 Sec.5
### 740 ILCS 145 Libel and Slander Act
### ALL DEFENDANTS

60. Plaintiff adopts and incorporates paragraphs 1- 59 of this complaint as fully set forth

herein.

61. The vicious conduct , the criminal acts committed by the "Castillo crooks" as narrated in the

foregoing counts and paragraphs are violations of the law as referred in Illinois legislature

under 720 ILCS 5/12-7., 740 ILCS 21/5 Sec.5 ; - Aggravated Stalking and Harassment ;

740 ILCS 145 Libel and Slander Act

62. The criminal acts are carried out by the "Castillo crooks" as a retaliation for filing an

impeachment petition filed against a respondent Easterbrook in seventh circuit, and the

resulting "ECO"; blocking filings of the Plaintiff to tortuously interfere in his prosecution of

his case against Ocwen in 18-cv-3019 -all constitute criminal acts of aggravated harassment,

stalking, obstruction of justice as to which civil damages are sought in this law suit.

63. Due to continued abuses by the "Castillo crooks" , vicious , malicious sadist acts as

described in the foregoing paragraphs , plaintiff suffered damages .

64. The conduct narrated in the foregoing paragraphs and in the BACK GROUND FACTS

SECTION, are deliberately undertaken by the "Castillo crooks" with vicious, sadist intent

28

to harass, stalk, defame the plaintiff , to cause humiliation and to appease and quench these 'blood thirsty hounds' sadist appetite /pleasure with a fantasized, imaginary illusion of immunity that these crooks cannot be sued on the coward veil of immunity which these "Castillo crooks" will not have and will not qualify.

65. Plaintiff is prepared with brief to have any motions to dismiss on immunity denied *summarily*. Besides felony criminal acts are not even qualified for immunity defense.

66. Due to continued stalking, harassment and threatening behavior by the "Castillo crooks" plaintiff suffered damages.

67. The vicious , malicious sadist acts as described in the foregoing paragraphs are deliberately and wantonly intended by the "Castillo crooks" to harm the Plaintiff and cause damages.

68. Defendants defamed Plaintiff intentionally by projecting him to the whole world as a criminal ; there is no possible way the felon Castillo did not know that the statements he made in ECO was false, and if they somehow did, they were willfully blind, a state legally amounting to knowledge.

69. Defendants also deliberately defamed and damaged the Plaintiff case 18-cv-3019 , by deactivating e-filings ; condemning all fillings ; conditioning all filings should go through this felon Castillo (and Bruton approval), even though he is not the assigned judge to the case.

70. As a direct and proximate result of the criminal acts by the Castillo thugs as set forth herein , Plaintiff suffered damages and continue to suffer damages , and such damages include but not limited to damages to his pending case 18-cv-3019 ; his personal life, his career, reputation in his professional circles , peace and tranquility to Plaintiff and his family .

29

WHEREFORE, the Plaintiff requests this Honorable Court to enter judgment in his favor for money damages in excess of **THIRTY MILLION DOLLARS** plus attorney's fees and costs be entered against each of the individual Defendants and such other relief as the court deems proper and just.

**COUNT V**

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND MENTAL ANGUISH**

71. Plaintiff adopts and incorporates paragraphs 1- 70 of this complaint as fully set forth herein.

72. Defendants "Castillo crooks" inflicted severe harm and damages to Plaintiff to cause him emotional trauma and distressful experience as proximate result of defendants' despicable, vicious evil acts which started in 2012 and continuing as of date of this law suit in 2019 as pleaded in the previous paragraphs.

73. Defendants' conduct, as described in this complaint, was *extreme and outrageous.* These are not run-of-the-mill contract or statutory violations. This is conduct that goes beyond all *bounds of decency*, such that reasonable people, on hearing the facts, would be compelled to feelings of resentment and outrage—a point on which we need not speculate.

74. The conduct of the defendants was calculated to cause extreme emotional distress, mental anguish to Plaintiff and the "Castillo crooks" did so, driving the Plaintiff to wit's end for worry at loss of his pleasures of life, which are lost due to stress and anguish caused by the intentional tort acts of the "Castillo crooks".

75. Plaintiff's personal life and family peace ruined by the "Castillo crooks" 'defendants' intentional, malicious torts act which included frivolous, baseless , venomous, vicious fabricated ECO.

30

76. These emotional consequences are natural, severe and extreme. These sorts of effects were Defendants main intention, who recklessly disregarded the probability or virtual certainty that it would have these effects. And it was Defendants' outrageous conduct over the past several years, specifically since 2018 of multi-layer abuses, with the felon Castillo culminating his abuses by his January 15, 2019 ECO , an overreach of extreme abuses further that foreseeably and proximately caused these effects.

77. Plaintiff is damaged, not only in the special pecuniary ways indicated, and in ways causing great emotional distress and anguish but in their reputations, being represented to the world and the business community as a criminal , irresponsible, frivolous individual by the abusive ECO masterminded by the felons Castillo, Agnello and Bruton.

**WHEREFORE**, Plaintiff claims **FIFTY** million dollars in noneconomic damages and request **$100 million in punitive damages** for his emotional distress and to punish and deter Defendants for such abuses and criminal acts under the veil of immunity.

### COUNT VI

### PUNITIVE , EXEMPLARY DAMAGES

### ALL THE DEFENDANTS

78. Plaintiff restates and re-alleges paragraphs 1 through 77 of this Complaint at Law as fully set forth herein.

79. The facts pleaded in this complaint in the foregoing Counts and the resulting damages are output product of evil acts of flagrant , arrogant , wanton and deliberate abuses by the felon Ruben Castillo and his co- defendants as stated in all counts, and are carried out by the defendants with willful, malicious intent to cause harm to the Plaintiff and are well qualified for punitive damages, the amount to be decided by a Jury.

80. Plaintiff will prove to a Jury due to the outrageous abuses, malice, wanton, deliberate criminal acts of "Castillo crooks" and intentional tort acts, defendants are liable to pay punitive damages awarded to the plaintiff.

81. The despicable sadist perverted crook, a psychopath and crook Castillo and the "Castillo crooks" defendants – and felons Agnello, Bruton carried out the sadist acts of blocking Plaintiff filings with willful malice and knowledge that such acts will cause harm to the Plaintiff and his case and cause.

82. The actions of the Defendants were wanton, reckless and willful and *perverted sadism*.

83. The Defendants acted with reckless disregard to laws, Statutes and knew all their unlawful acts against the Plaintiff are punishable in a Civil action qualifying for punitive damages awarded to the Plaintiff.

84. As pleaded in every counts of action in this complaint, the Castillo Defendants have caused enormous harm, severe injury to Plaintiff, plaintiff's reputation and the defendants intended to inflict such damages through their intentional tort acts as narrated in in each counts of action and opening paragraphs.

85. As pleaded in every counts of action in this complaint, defendants knew their malicious vicious acts would cause harm to Plaintiff and there will be consequential damages, as proximate cause of the defendants' ruthless, sadist criminal acts.

86. As a direct and proximate result of the actions of the Defendants as detailed in this entire complaint in above counts, it is clear that the defendants deliberately indulged in numerous tort acts, including criminal acts, including criminal intent to inflict battery on plaintiff if he appears in his case, to injure and harm the Plaintiff and even to commit *murder* on Plaintiff.

87. Plaintiff exercising his due lawful constitutional right of filing papers in court , including Supreme court, right to question the judicial abuses, is plaintiff's "Bill of Rights" as an American Citizen and such rights are guaranteed to the plaintiff by the Constitution of the United States.

88. As a retaliation and intimidation and criminal extortion to prohibit Plaintiff from exercising his above legal rights, the felon and white collar criminals Castillo , Agnello, Bruton Doe Dammons, Jason Wojdylo chose to threaten , harass, and block filings and shut the door to courthouse as if this damn crook Castillo own the entire Dirksen Federal Building.

89. Based upon all the foregoing facts and pleadings, it is clear *beyond preponderance of doubt* that the defendants acted in reckless disregard to Plaintiff's rights, repeatedly violate the charters of Illinois and United States constitution to commit criminal acts under arrogance of (un)qualified immunity ,acting under color of law and indulged in felony acts to cause harm to Plaintiff , knowing fully well there would be consequences for their tort acts.

90. The "Castillo crooks" are basically *blood thirsty hounds* and criminals and felons taking cover under the *coward veil of a black robe* and under color of law.

91. The arrogance of thugs Castillo , Agnello , Bruton ,Dammons , Wojdylo , fantasizing these crooks are some sort of damn super human by a coward veil hiding inside an unqualified costume and given guns , in delusion that they could engage in unlawful acts, are qualified for punitive damages before a Jury.

92. The thugs Castillo, Agnello , Bruton abused the authority and the subsequent criminal acts were /are viciously conceived , pre-meditated , masterminded to harm the Plaintiff with

33

wanton, deliberate malice, for which punitive damages are sought as matter of law, against each individual defendants who are the actors in this causes of action.

93. Based upon all of the foregoing facts and pleadings, it is clear that defendants violated the law; all relevant statutes cited in this complaint and committed unconscionable, sadist perverted acts against the Plaintiff including maliciously libeling and slandering the Plaintiff Mr. Shekar as a criminal; and defaming Plaintiff by an illegal, Unconstitutional Executive order slandering the plaintiff as a criminal; and published it for the whole World to see, when this felon Castillo do not even v have jurisdiction for such outrageous ECO he drafted for the "alleged causes" which did not even occur; even assuming any cause Felon Castillo has no jurisdiction.

94. As stated, any filings made is with The United States Supreme court, not even Seventh circuit, leave alone District court for this "scum-bag face" felon Castillo to poke his nose. Nothing filed in Seventh circuit as lied by duschebag Castillo in his ECO or in District Court (against someone in Seventh circuit).

95. Based upon all the foregoing facts and pleadings, defendants felons Castillo, Agnello, Bruton, Dammons, Wojdylo, Fitzpatrick are liable as individuals for punitive damages and every individual defendants who are actors, accomplices in this causes of action.

96. Based upon all the foregoing it is very clear defendants intended to incriminate plaintiff indulged in unscrupulous acts, maliciously persecute the Plaintiff; profile the plaintiff; committed felony crimes of malicious persecution masterminded by a crazy, psychotic, neurotic, psychopath and criminal Castillo and felons Agnello and Bruton.

97. Based upon all the foregoing it is very clear defendants intended to incriminate plaintiff

34

and to cause harm to Plaintiff painting him as a criminal, with a false , fabricated ECO with the false hope this felon Castillo and Agnello can *get away* with it.

98. The despicable, unconscionable, unscrupulous acts of the defendants as described above warrant severe punitive damages are to be awarded in favor of Plaintiff and against each individual defendants .

**WHEREFORE,** the Plaintiff requests this Honorable Court to enter judgment in his favor and against each of the Defendants for punitive damages cumulatively in excess of **ONE BILLION DOLLARS** and any such amount a Jury find fair and just and punish and deter the defendants from indulging in such acts against the Plaintiffs and/or towards anyone in future plus costs, attorney fees.

## VII. ORDER FOR PERMANENT INJUNCTION, ORDER OF PROTECTION AND RESTRAINING ORDER

99. Plaintiff incorporate the paragraphs 1 through 98 as if fully stated herein.

100.    The abuses, criminal acts and despicable , sadist perverted psychotic behavior , and misconduct by Castillo crooks described in the foregoing paragraphs are deliberately intended, maliciously and viciously carried out by the defendants and they intended to cause harm to Plaintiff.

101.    The foregoing paragraphs will also inform the court these Castillo thugs are neurotic psychopath, mental case who belongs in an asylum and evil crooks with provable mental health and psychotic problems , are violent maniacs , blood thirsty mad dogs , out of control psychopath who carry guns and are *capable to commit murder* and to inflict other injuries to the Plaintiff , his family .

35

102.  These "thugs" belong in an asylum under a court order and are endangerment to the
public. This crook Castillo is as dangerous evil thug as a serial killer.

103.  Based upon all the foregoing facts, pleadings, evidence, it is clearly evident the
defendants pose an enormous threats to the security, safety of the Plaintiff Mr. Shekar and
his household.

104.  Defendants are neurotic, perverted psychopath maniacs who are capable of committing
capital crimes like murder.

105.  Plaintiff seeks an Order of Protection, Permanent injunction and Restraining order that
Ruben Castillo, Gino Agnello, Thomas Bruton, "Doe" Dammons and Jason Wojdylo or
anyone under their control and command should never appear within 1000 feet of the
plaintiff.

106.  Pursuant to ILCS 5/12-7.4; 720 ILCS 5/47-10, 740 ILCS 21/5 Sec.5 ; 720 ILCS 5/47-15;
720 ILCS 5/8-4 (a), - Felony Solicitation, Conspiracy and attempt to commit an offense
pursuant to 720 ILCS 5 (a) Criminal Code, Article 8, Plaintiff seeks *injunctive relief*
and requests this Honorable Court enter an Order of Protection, Permanent injunction and
Restraining order against all the defendants, and enter an order to enjoin the defendants
that the defendants, its agents, its representatives are Prohibited and restrained from:

- Contacting. Communicating with Plaintiff, his family in any form, shape or
manner

- Prohibited and restrained from appearing, approaching the Plaintiff within 1000
feet in any place including courthouse.

107.  Plaintiff seeks in addition the following relief:

36

a. Justice requires that Defendants be ordered to immediately desist from continue to engage in disparaging and defamatory conduct

b. Permanent injunction ordering Defendants to immediately cease any further or continued disparagement, tortious interference in Plaintiff's cases, his filings in his cases; his new case filed on April 2, 2019

c. Cease & Desist order issued on the defendants from contacting, communicating with Plaintiff, in any form, shape or manner; cease & desist from appearing, approaching the Plaintiff within 1000 feet

d. Allow a bodily attachment of Ruben Castillo with a standing warrant for arrest of the defendants, specifically thugs and felons Ruben Castillo, Gino Agnello, Thomas Bruton, Dammons, Jason Wojdylo - by Kane County Sheriff police without any Rule to show cause hearing of any violations of the Restraining Order.

## VIII. WARRANTS FOR ARRESTS AND CRIMINAL CHARGES
## AGAINST RUBEN CASTILLO, GINO AGNELLO AND THOMAS BRUTON

### PURSUANT TO CRIMINAL STATUTES 720 ILCS 5/8-4 (a);
### 720ILCS 5 (a) Criminal Code, Article 8 –
### Solicitation, Conspiracy and Attempt to Commit Felony

108. Plaintiff adopts and incorporates paragraphs 1-107 of this complaint as fully set forth herein.

109. It is abundantly clear to prove beyond reasonable doubt in a criminal prosecution that the defendants Ruben Castillo, Gino Agnello and Thomas Bruton committed Class 3 Felony crimes pursuant to Pursuant to 720 ILCS 5/32–13 and violated other criminal statutes, indulged in and committed Felony Solicitation, Conspiracy and attempt to commit an

37

offense pursuant to 720 ILCS 5/8-4 (a) pursuant to 720 ILCS 5 (a) Criminal Code,

Article 8 - *Solicitation, Conspiracy and Attempt to commit First Degree Felony*.

110. Plaintiff seeks warrant be issued for the arrests of Ruben Castillo, Gino Agnello and

Thomas Bruton and to bring these felons to justice.

111. The defendant crook Ruben Castillo and others are sued as *individuals* as this law suit

primarily based and focused on the "manufactured and fabricated ECO" which was created

when thug Castillo had no jurisdiction.

112. Due to reason stated above in paragraph 111 Plaintiff will also be vigorously opposing any

free defense by U.S Attorney's appearances to any of the defendants at the American tax

payers expense /monies , as the defendants acts are not eligible for such free defense; the tort

acts and other violations are not related to any judicial duties, administration or otherwise. In

fact ECO is a nullity and void and has no effect as the felon Castillo had no jurisdiction to

enter such ECO .

## JURY DEMAND

Plaintiff seeks Twelve Person Jury Demand for Trier of all facts on all counts.

Respectfully Submitted,

By: **/s/Roger Shekar**
Plaintiff

Dated: April 19 , 2019

Roger Shekar, P.E; M,.B.A; LL.B
CSA Ltd.
950 Plum Grove
P.O.Box 681085
Schaumburg, IL 60168-1085

# Exhibit A

# In The
# Supreme Court Of The United States

Reg: FABRICATED, MANAFACTIURED ADMINISTRATIVE ORDER :12 C1698
(amended 1.15.2019)   NORTHERN DISTRICT OF ILLINOIS

**ROGER SHEKAR,**

*Petitioner,*

v.

**RUBEN CASTILLO,**
**GINO AGNELLO ,**

*Respondents.*

## BEFORE CHIEF JUSTICE HONORABLE JOHN ROBERTS, Jr.,
### and Chairman  Of  Senate Judiciary Committee Senator Lindsay Graham

---

**APPLICATION TO CHIEF JUSTICE HONORABLE JOHN ROBERTS, Jr.,
FOR A REFERRAL TO SENATE JUDICIARYCOMMITTEE FOR
IMPEACHMENT  AND REMOVAL FROM JUDICARY OF RESPONDENT
RUBEN CASTILLO  ; TERMINATE THE CLERK OF THE SEVENTH CIRCUIT
GINO AGNELLO;  REFERRAL  FOR ACT OF  SENATE OVERSIGHT
COMMITTEE ON JUDICIARY TO  INVOKE THE ARTICLES OF
IMPEACHMENT FOR  IMPEACHMENT AND REMOVAL OF RUBEN CASTILLO
FROM JUDICIARY FOR  FELONY HIGH  CRIMES AND  MISDEMEANOR ;
OBSTRUCTION OF  JUSTICE; VIOLATION OF DUE PROCESS RIGHTS OF
THE PETITIONER; ABUSE OF  THE  CONSTITUTIONAL RIGHTS   OF THE
PETITIONER; TREASON ON THE   UNITED STATES CONSTITUTION; CASE
FIXING;  MALICIOUS PERSECUTUON;   VIOLATION OF ILLINOIS
CRIMINAL CODE STATUTES   720 ILCS 5/32–13; CRIMINAL OBSTRUCTION
OF JUSTICE; FRAUD AND FORGERY  TO MANUFACTURE AN
UNCONSTITUTIONAL ADMINISTRATIVE ORDER CONSPIRED AND
COLUDED WIOTH RESPONDENT  AGNELLO TO SHUT THE DOORS TO
THE COURTHOUSE FOR THE  PETITONER; VIOLATION OF EQUAL
PROTECTION LAWS;  EQUAL ACCESS TO JUSTICE;  QUESTIONABLE
MENTAL HEALTH TO SIT IN FEDERAL BENCH  AS FULLY NARRATED IN
THIS APPLICATION  WITH EVIDENCE INCLUDING DEMENTIA,
SCHIZOPHRENIA AND PARANOIA; VIOLENT TEMPER WITH EVIL ACTS ;
ALL OF WHICH AUTOMATICALLY  DEMANDS THAT RESPONDENT
CASTILLO  REMOVED FROM FEDERAL JUDICIARY
FOR THE WELFARE AND SAFETY OF THE PETITIONER  AND
HIS FAMILY ;  TO IMPEACH AND CONVICT CASTILLO BEYOND
REASONABLE STANDARDS  JUST FROM THE RECORD EVIDENCE ALONE**

# Exhibit B

## <u>CERTIFICATION</u>

Pursuant to the provisions of 28 U.S.C. § 2679, as amended, and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.4 and through the United States Attorney for the Northern District of Illinois, I hereby certify that I have read the complaint in *Roger Shekar v. Rubén Castillo., et al.*, No. 19 L 000201 (Circuit Court of Sixteenth Judicial Circuit, Kane County, Ill.), and that on the basis of the information now available with respect to the incidents referred to therein, I certify that Rubén Castillo, Gino Agnello, Jason Wojdylo, Christopher Dammons, Collins Fitzpatrick, and Thomas Bruton were acting within the scope of their employment as employees of the United States at the time of the incidents out of which the claim arose.

s/ Thomas P. Walsh
THOMAS P. WALSH
Chief, Civil Division
Office of the United States Attorney
    for the Northern District of Illinois

Date:  July 3, 2019

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

NOTICE OF REMOVAL

was sent by first-class mail on July 5, 2019, to the following party:

| | |
|---|---|
| Thomas M. Hartwell | Roger Shekar |
| Clerk of the Circuit Court of Kane County | 950 Plum Grove |
| 540 Randall Road | P.O.Box 681085 |
| St. Charles, Illinois 60174 | Schaumburg, Illinois 60168-4085 |

s/ Thomas P. Walsh
THOMAS P. WALSH
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5312
thomas.walsh2@usdoj.gov